We remanded this case to the trial court with instructions to grant Ford a hearing on his petition for post-conviction relief filed pursuant to A.R.Crim.P.Temp. 20. We determined that his allegation that he was improperly sentenced under the Habitual Felony Offender Act, if true, merited relief.
A hearing was held by the trial court in accordance with our instructions and due return was filed with this court. The return shows that the state conceded that the appellant's sentence of life imprisonment under the Habitual Felony Offender Act was improper and that he was due to be resentenced under Ala. Code 1975 § 20-2-70. The state recommended a sentence of 15 years' imprisonment. Ford accepted the recommended sentence, and the trial court resentenced him to 15 years, giving him credit for time served. Thereupon, Ford withdrew his petition for post-conviction relief.
Because petitioner Ford has obtained the relief sought in his petition and has withdrawn his petition, this appeal is moot. Therefore, his appeal is due to be, and it is hereby, dismissed.
OPINION EXTENDED; DISMISSED.
All Judges concur.